IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 FEB -7  A 9: 33
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| PLAINTIFF, | : |
| v. | : CIVIL ACTION NO. 2:06cv115-DRB |
| FIVE THOUSAND DOLLARS ($5,000) IN UNITED STATES CURRENCY, | : |
| DEFENDANT. | : |

VERIFIED COMPLAINT FOR FORFEITURE IN REM

The United States of America (United States), by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, in a civil cause of forfeiture *in rem* respectfully alleges as follows:

NATURE OF THE ACTION

1. This is an action to forfeit and condemn to the use and benefit of the United States the following property: Five Thousand Dollars ($5,000) in United States currency seized on or about September 14, 2005.

The Defendant currency was seized for violations of Title II of the Controlled Substances Act, Title 21, United States Code, Sections 801 *et seq*.

JURISDICTION AND VENUE

2. The United States brings this action *in rem* in its own right to forfeit and condemn the Defendant currency under Title 21, United States Code, Section 881(a)(6). This Court has jurisdiction

over this matter by virtue of Title 28, United States Code, Section 1345 and Section 1355.

3. Venue is proper in this district pursuant to Title 28, United States Code, Section 1355 and Title 21, United States Code, Section 881(j), because the acts and omissions giving rise to the forfeiture occurred in this district and the property is located within the Middle District of Alabama.

## THE DEFENDANT IN REM

4. The Defendant consists of Five Thousand ($5,000) Dollars in United States currency seized on or about September 14, 2005.

## FACTS

5. The facts and circumstances supporting the seizure of the Defendant currency are as follows:

   a. On September 14, 2005, officers were conducting surveillance on Randall Rodgers (Rodgers) at 1038 Rosalyn Drive in Montgomery, Alabama. Rodgers was wanted on an outstanding federal indictment for possession with intent to distribute cocaine.

   b. Rodgers was observed gambling with other subjects in the backyard of 1038 Rosalyn Drive. The home belongs to mother and son, Yausko and Alexander Hampton. When officers approached the backyard, the subjects ran. One subject ran inside the home. The officer followed the subject inside the home.

   c. In plain view on the kitchen counter were two sets

of digital scales and marijuana residue. Bradrick Means, the subject that ran inside the home, was in possession of approximately 3 grams of cocaine base and two grams of marijuana.

    d.   Based upon the digital scales, marijuana residue and Bradrick Means being in possession of narcotics, officers secured the residence. At this time, Montgomery Police officers applied for and were granted a search warrant for the residence.

    e.   On September 14, 2005, law enforcement officers executed a search warrant at 1038 Rosalyn Drive. During the search, officers found two additional sets of digital scales, two large black suitcases with marijuana residue, a handgun, a rifle, a plastic bag containing unknown white pills, two plastic bags containing marijuana and $5,000 in United States currency.

    f.   The currency was located in a Brinks metal box in a heating vent in the second bedroom.

## CLAIM FOR RELIEF

    6.   The United States repeats and realleges each and every allegation set forth in Paragraphs 1 through 5(f) above.

    7.   The Defendant constitutes monies, which were furnished or intended to be furnished in exchange for controlled substances or the Defendant represents proceeds of trafficking in controlled substances, or the Defendant was used or intended to be used to facilitate a violation of Title II of the Controlled Substances Act, Title 21, United States Code, Sections 801 et seq.

8. On December 6, 2005, Yausko Hampton filed a claim asserting ownership of the Defendant currency.

9. As a result of the foregoing, the Defendant currency is liable to condemnation and to forfeiture to the United States for its use, in accordance with Title 21, United States Code, Section 881(a)(6).

WHEREFORE, the United States requests that the Court issue a Warrant and Summons for the arrest and seizure of the Defendant currency; that notice of this action be given to all persons known or thought to have an interest in or right against the Defendant currency; that the Defendant currency be forfeited and condemned to the United States; that the United States be awarded its costs and disbursements in this action; and, for such other and further relief as this Court deems proper and just.

Respectfully submitted this 6TH day of February, 2006.

FOR THE UNITED STATES ATTORNEY
LEURA G. CANARY

_____
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov
Bar Number: 7068-II58J

4

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

STATE OF ALABAMA     )
COUNTY OF MONTGOMERY )

## VERIFICATION

I, Scott Edwards, hereby verify and declare under penalty of perjury that I am a Task Force Officer with the U.S. Drug Enforcement Administration, that I have read the foregoing Verified Complaint and know the contents thereof, and that the matters contained in the Complaint are true to my own knowledge, except that those matters herein stated to be alleged on information and belief and as to those matters I believe them to be true.

The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with others.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct on this 6th day of February, 2006.

_____
Scott Edwards-Task Force Agent
Drug Enforcement Administration

Sworn to and subscribed before me this the 6th day of February, 2006.

_____
Notary Public
Commission Expires: 9.23.09