| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form |
|---|---|

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>2:06 CV 115-MEF-DRB |
|---|---|
| DEFENDANT<br>FIVE THOUSAND ($5,000) IN UNITED STATES CURRENCY | TYPE OF PROCESS<br>COMPLAINT, WARRANT & NOTICE |

RECEIVED

2006 FEB -7 A 9:34

DEBRA P. HACKETT, CLK.
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>ALEXANDER HAMPTON<br>ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)<br>1038 ROSALYN DRIVE - MONTGOMERY, ALABAMA 36105 |
|---|---|

| SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW: | |
|---|---|
| John T. Harmon<br>United States Attorney's Office<br>Assistant United States Attorney<br>Post Office Box 197<br>Montgomery, Alabama 36101-0197 | Number of process to be served with this Form - 285<br>Number of parties to be served in this case<br>Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

CATS # 05-DEA-458061

| Signature of Attorney or other Originator requesting service on behalf of : | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(334) 223-7280 | DATE<br>02/6/06 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>No. | District of Origin<br>No. 2 | District to Serve<br>No. 2 | Signature of Authorized USMS Deputy or Clerk<br>K. Chavez | Date<br>2/22/06 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

| Name and title of individual served (If not shown above). | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service<br>3/7/06 | Time<br>3:40 ☒ pm |
| | Signature of U.S. Marshal or Deputy<br>C. A. Eaton |

RETURNED AND FILED

MAR - 9 2006

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| Service Fee<br>$45.00 | Total Mileage Charges<br>(including endeavors)<br>∅ | Forwarding Fee<br>∅ | Total Charges<br>$45.00 | Advance Deposits | Amount Owed to US Marshal or<br>$45.00 | Amount or Refund<br>∅ |
|---|---|---|---|---|---|---|

REMARKS:
Endeavor 2/28/06 - Subject does not reside at address ($45.00)
2/28/06 - Served subjects Mother on same case. He lives with girlfriend at unknown address. She will have him call next time she hears from him
3/7/06 - have had no contact w/ subject, address unknown. Return unexecute

| PRIOR EDITIONS MAY BE USED | FORM USM 285 (Rev. 12/15/80) |
|---|---|