```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF ALABAMA
                     NORTHERN DIVISION

UNITED STATES OF AMERICA,      )
                               )
         PLAINTIFF,            )
                               )
     v.                        )   CIVIL ACTION NO. 2:06cv115-F
                               )
FIVE THOUSAND DOLLARS ($5,000) )
IN UNITED STATES CURRENCY,     )
                               )
         DEFENDANT.            )
```

### MOTION FOR ENTRY OF DECREE OF FORFEITURE

The United States OF America, by and through the United States Attorney for the Middle District of Alabama, respectfully moves this Honorable Court to enter a Decree of Forfeiture in the above-entitled action.

A memorandum in support of this motion is attached hereto. A proposed Decree of Forfeiture is also attached for the convenience of the Court.

Respectfully submitted this 10th day of May, 2006.

                                FOR THE UNITED STATES ATTORNEY
                                LEURA G. CANARY

                            /s/John T. Harmon
                            John T. Harmon
                            Assistant United States Attorney
                            Bar Number: 7068-II58J
                            Office of the United States Attorney
                            Middle District of Alabama
                            One Court Square, Suite 201 (36104)
                            Montgomery, Alabama 36101-0197
                            Telephone:(334) 223-7280
                            Facsimile:(334) 223-7560
                            E-mail: John.Harmon@usdoj.gov