```
             IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF ALABAMA
                       NORTHERN DIVISION

UNITED STATES OF AMERICA,      )
                               )
            PLAINTIFF,         )
                               )
     v.                        )    CIVIL ACTION NO. 2:06cv115-F
                               )
FIVE THOUSAND DOLLARS ($5,000))
IN UNITED STATES CURRENCY,     )
                               )
            DEFENDANT.         )
```

## MEMORANDUM IN SUPPORT OF
## MOTION FOR ENTRY OF DECREE OF FORFEITURE

On or about February 7, 2006, the United States filed a Verified Complaint for Forfeiture In Rem pursuant to the provisions of Title 21, United States Code, Section 881(a)(6), seeking the forfeiture of **$5,000 IN U.S. CURRENCY**. Upon the filing of said Complaint, the Clerk of the United States District Court for the Middle District of Alabama issued a warrant and summons for arrest in rem pursuant to Rule C(3), Supplemental Rules for Certain Admiralty and Maritime Claims, Federal Rules of Civil Procedure. On February 27, 2006, the United States Marshal executed said warrant and summons for arrest thereby seizing the defendant currency and taking said property into the custody of the United States.

Actual notice of the forfeiture action and the arrest of the currency was provided to its owner, Yausko Hampton, by serving upon Ms. Hampton a copy of the complaint and a copy of the warrant and summons for arrest of property.

Reasonable and extensive efforts were undertaken to locate and serve Alex Hampton (Yausko Hampton's son) in a manner consistent with the principles of service of process of an in rem action, and Alex Hampton has failed to plead or otherwise defend as required by law.  Specifically, on February 28, 2006, the United States Marshals Service attempted service on Alex Hampton. Ms. Hampton advised the United States Marshal that Alex Hampton no longer resided with her at 1038 Roslyn Drive, Montgomery, Alabama, that he now resided with his girlfriend at an unknown address, and that she would have him contact the United States Marshals Service the next time she spoke with him.  Alex Hampton has not contacted the Marshals Service.  Task force officers assigned to this matter have also been unsuccessful in efforts to assist the United States in locating Alex Hampton.

Additionally, the United States provided public notice of the action by publishing a detailed Public Notice of Arrest and Seizure in the Montgomery Advertiser newspaper (a newspaper of general circulation in the district and county in which this action is pending) on March 3, 10 and 17, 2006.

No claims or answers have been filed by any one, and the time for filing has now expired.

The United States has met its burden of establishing that said defendant currency constitutes proceeds traceable to the sale or exchange of controlled substances as set forth in its uncontested Verified Complaint for Forfeiture In Rem.

Accordingly, the United States respectfully moves the Court to enter a Decree of Forfeiture in this action forfeiting the defendant **$5,000 IN U.S. CURRENCY** together with all interest earned, if any, on said currency during the pendency of this action. A proposed Decree of Forfeiture setting forth this information has been prepared for the convenience of the Court and is attached hereto.

Respectfully submitted this 10th day of May, 2006.

                        FOR THE UNITED STATES ATTORNEY
                        LEURA G. CANARY

                        /s/John T. Harmon
                        John T. Harmon
                        Assistant United States Attorney
                        Bar Number: 7068-II58J
                        Office of the United States Attorney
                        Middle District of Alabama
                        One Court Square, Suite 201 (36104)
                        Montgomery, Alabama 36101-0197
                        Telephone:(334) 223-7280
                        Facsimile:(334) 223-7560
                        E-mail: John.Harmon@usdoj.gov