IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06cv115-F |
| | ) | |
| FIVE THOUSAND DOLLARS ($5,000) | ) | (WO) |
| IN UNITED STATES CURRENCY, | ) | |
| | ) | |
| DEFENDANT. | ) | |

## DECREE OF FORFEITURE

Before the Court is the United States' Motion for Entry of A Decree of Forfeiture. This is a civil forfeiture action in which the United States seeks the civil forfeiture in rem of **$5,000 IN U.S. CURRENCY.**

The Court, being fully advised of the premises, finding that the United States has furnished due and legal notice of this proceeding as required by statute; that all persons known to plaintiff with a possible interest in the defendant currency received actual notice of the action together with a copy of the Verified Complaint for Forfeiture In Rem and Warrant and Summons for Arrest In Rem; that the plaintiff caused public notice of the action and arrest be given by publishing a Notice of Arrest and Seizure on March 3, 10 and 17, 2006 in the Montgomery Advertiser, a newspaper of general circulation in the district and county in which the seizure took place; that actual notice of the forfeiture action and arrest, including a copy of the Verified Complaint and Warrant and Summons for Arrest In Rem, was provided to Yausko Hampton; that reasonable and extensive efforts were undertaken to

locate and serve Alex Hampton in a manner consistent with the principles of service of process of an in rem action; and, that no one has filed a claim or answer in this action, and that the time for filing claims and answers has now expired.

IT IS THEREFORE ORDERED AND ADJUDGED that:

1. The Motion for Entry of Decree of Forfeiture (Doc. # 7) is GRANTED.

2. Final Judgment of Forfeiture of the defendant **$5,000 IN U.S. CURRENCY** is hereby entered in favor of the United States.

3. All persons claiming any right, title or interest in the defendant currency are held in default.

IT IS FURTHER ORDERED that the United States shall dispose of the defendant currency in accordance with Title 21, United States Code, Section 881(e) or other applicable law.

IT IS SO ORDERED this 15th day of May, 2006.

                                        /s/ Mark E. Fuller
                              CHIEF UNITED STATES DISTRICT JUDGE