IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v.  ) | CIVIL ACTION NO. 2:06cv115-F |
| ) | |
| FIVE THOUSAND DOLLARS ($5,000) ) | (WO) |
| IN UNITED STATES CURRENCY, ) | |
| ) | |
| DEFENDANT. ) | |

**FINAL JUDGMENT**

In accordance with the prior proceedings and orders of the Court, it is ORDERED and ADJUDGED as follows:

1. Final Judgment of Forfeiture of the defendant **$5,000 IN U.S. CURRENCY** is hereby entered in favor of the United States.

2. All persons claiming any right, title or interest in the defendant currency are held in default.

The Clerk of the Court is DIRECTED to enter this document as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to close this file.

IT IS SO ORDERED this 15th day of May, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE